IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:18-CR-00241-D

UNITED STATES OF AMERICA :
:
v. :
:
ANDREW DELROY BENTINCK :

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a plea of guilty by the defendant, on September 7, 2018 to violations of 18 U.S.C. §§ 922 (g)(1) and 924, and further evidence of record and as presented by the Government, the Court finds that the following personal property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), to wit: Any and all accompanying ammunition, including but not limited to, three(3) rounds of WIN 40 S&W forty (40) caliber ammunition, and one (1) round of Federal 40 S&W forty (40) caliber ammunition;

AND WHEREAS, by virtue of said finding, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Guilty Plea as to the defendant, the United States is hereby authorized to seize the above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R.

Crim. P. 32.2(b)(4)(A), this Order shall become final as to the defendant at sentencing.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

SO ORDERED. This 6 day of December, 2018.

JAMES C. DEVER, III
United States District Judge